DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MERCED TORRES and SIMON ZUNIGA,

        Plaintiff,

  vs.

DGA SERVICES, INC. dba JIT TRANSPORTATION; and
BARRETT BUSINESS SERVICES, INC.,

        Defendants.

Case No. 13-CV-05734 JST

**STIPULATION TO VACATE DEFAULT AND PROPOSED ORDER**

Complaint Filed: 12/11/13

Pursuant to Local Rule 7-12, by and through their respective attorneys, plaintiffs MERCED TORRES and SIMON ZUNIGA and defendant BARRETT BUSINESS SERVICES, INC. ("BBSI") hereby stipulate that the default of BBSI entered by the clerk of the Court on February 11, 2013 is vacated and BBSI shall have twenty (20) days from the date of this Stipulation to respond to plaintiffs' complaint.

Dated:  February 14, 2014                                      HINSHAW & CULBERTSON LLP

By: */S/ David I. Dalby*
　　DAVID I. DALBY
　　Attorneys for Defendant
　　BARRETT BUSINESS SERVICES, INC.

Dated:  February 14, 2014                                      JUSTICE AT WORK LAW GROUP

By: */S/ Phung H. Truong*
　　Attorneys for Plaintiffs
　　MERCED TORRES and SIMON ZUNIGA

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:  February 18, 2014

_____
HON. JO[N S. TIGAR]
UNITED [STATES DISTRICT] JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*