1  TOMAS E. MARGAIN (SBN 193555)
   Tomas@JAWLawGroup.com
2  HUY TRAN (SBN 288196)
   Huy@JAWLawGroup.com
3  PHUNG H. TRUONG (SBN 287687)
   Phung@JAWLawGroup.com
4  JUSTICE AT WORK LAW GROUP
   84 West Santa Clara Street, Suite 790
5  San Jose, CA 95113
   Telephone:  (408) 317-1100
6  Facsimile:  (408) 351-0105

7  Attorneys for Plaintiffs
   MERCED TORRES and SIMON ZUNIGA
8
   KRISTIN L. OLIVEIRA (SBN 204384)
9  koliveira@hkemploymentlaw.com
   HIRSCHFELD KRAEMER LLP
10 505 Montgomery Street, 13th Floor
   San Francisco, CA  94111
11 Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
12
   Attorneys for Defendants
13 DGA SERVICES, INC. dba JIT
   TRANSPORTATION and
14 BARRETT BUSINESS SERVICES, INC.

15              UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT

17

18 MERCED TORRES and SIMON          Case No.  C 13-05734 JST
   ZUNIGA,
19                                  JOINT STIPULATION EXTENDING
                Plaintiff,          DEFENDANTS DGA SERVICES, INC. dba
20                                  JIT TRANSPORTATION AND BARRETT
   vs.                              BUSINESS SERVICES, INC.'S TIME TO
21                                  RESPOND TO PLAINTIFFS'
   DGA SERVICES, INC. dba JIT       COMPLAINT
22 TRANSPORTATION; BARRETT
   BUSINESS SERVICES, INC.,         Complaint Filed:  December 11, 2013
23
                Defendants.
24

25

26      Plaintiffs Merced Torres and Simon Zuniga ("Plaintiffs") and Defendants DGA Services,

27 Inc. dba JIT Transportation; Barrett Business Services, Inc. ("Defendants") (collectively "the

28

JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT; CASE NO. C 13-05734 JST                              4817-2256-1304

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Parties"), by and through their respective counsel of record, pursuant to Local Rules 6-1 and 6-2, hereby stipulate and agree that:

WHEREAS, counsel for Defendants was only recently engaged in this matter to represent both named Defendants, DGA SERVICES, INC. dba JIT TRANSPORTATION and BARRETT BUSINESS SERVICES, INC., and entered an appearance on behalf of both Defendants on February 28, 2014;

WHEREAS, Defendant DGA SERVICES, INC. dba JIT TRANSPORTATION's response to the Complaint was originally due February 19, 2014;

WHEREAS, Defendant BARRETT BUSINESS SERVICES, INC.'s response to the Complaint is currently due on March 6, 2014 per the Parties earlier stipulation (Document 11);

WHEREAS, Defendants believe it is efficient and cost-effective to file a joint response to the Complaint on behalf of both named Defendants; and,

WHEREAS, Plaintiffs recently filed a Motion to Continue the Initial Case Management Conference, presently set for March 12, 2014, to May 14, 2014, and to continue related ADR and meet and confer deadlines in accordance with a new date for the initial case management conference (Document 12), which awaits the Court's ruling.

IT IS HEREBY STIPULATED by and between the Parties that Defendants DGA SERVICES, INC. dba JIT TRANSPORTATION and BARRETT BUSINESS SERVICES, INC. shall have until **March 18, 2014** to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.


Dated: February 28, 2014                              JUSTICE AT WORK LAW GROUP


                                              By: */s/ Phung H. Truong*
                                                    Tomas Margain
                                                    Huy Tran
                                                    Phung H. Truong
                                              Attorneys for Plaintiffs
                                              MERCED TORRES and SIMON ZUNIGA

JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT; CASE NO. C 13-05734 JST                              4817-2256-1304

Dated: February 28, 2014                    HIRSCHFELD KRAEMER LLP


                                            By: /s/ Kristin L. Oliveira
                                                  Kristin L. Oliveira
                                            Attorneys for Defendants
                                            DGA SERVICES, INC. dba JIT
                                            TRANSPORTATION and
                                            BARRETT BUSINESS SERVICES, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: March __4__, 2014              By:_____
                                         HON.
                                         UNITED ST                  JDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT; CASE NO. C 13-05734 JST

4817-2256-1304

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO