UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MERCED TORRES, et al.,

    Plaintiffs,

v.

DGA SERVICES, INC., et al.,

    Defendants.

Case No. 13-cv-05734-BLF

**CASE MANAGEMENT ORDER**

On June 05, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference<br>Case Management Statement | 01/29/2015 at 1:30 pm.<br>01/22/2015 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 02/27/2015 |
| Fact Discovery Cut-Off | 01/30/2015 |
| Expert Discovery Cut-Off | 04/17/2015 |
| Last Day to Hear Dispositive Motions | 06/18/2015 at 9:00 am.<br>(Reservation must be made for hearing on or before this date.) |
| Final Pretrial Conference | 09/03/2015 at 2:30 pm. |
| Trial | 09/14/2015 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated:  June 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge